AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
для
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

AUG 30 2024

MITCHELL R. ELFERS
CLERK OF COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Diana PEREZ | ) | Case No. 24-1267 MJ |
| | ) | |
| Valerie PEREZ | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 4, 2024__ in the county of __Otero__ in the __State__ and District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1203 | Hostage Taking |

This criminal complaint is based on these facts:
See attached "Affidavit"

☑ Continued on the attached sheet.

_Cynthia L. Macias_
Complainant's signature

Cynthia L. Macias, HSI Special Agent
Printed name and title

Sworn to before me ~~and signed in my presence~~. VIA PHONE

Date: 08/~~29~~/2024  30

_(signature)_
Judge's signature

City and state: Las Cruces, New Mexico

Gregory J. Fouratt, United States Magistrate Judge
Printed name and title

United States

v.

Diana Perez, et al.

On April 4, 2024, agents with Homeland Security Investigations (HSI) received a call from the US Border Patrol (USBP) in reference to persons believed to be alien's being held against their will. The initial call was received by the Otero County Sheriff's Department (OCSO) through the 911 emergency dispatch system. USBP and HSI met with OCSO and found the location where the individuals were being held.

A search of the residence resulted in the discovery of 10 undocumented males and females, three of which were juveniles (one age 15 and two ages 16). Through field interviews, it was found that the individuals were being held against their will, without sufficient food and water.

Through several interviews of detained individuals, HSI agents learned that Diana PEREZ and Valerie PEREZ were working together and had detained several Undocumented Non-Citizens (UNCs) against their will. In addition, the UNCs were threatened with physical harm. While detained, UNCs' family members were contacted to request additional money for the release of the detained UNCs. Through a photo line-up, Diana PEREZ and Valerie PEREZ were identified by two of the UNCs and another person familiar with the circumstances at the residence as the facilitators of the hostage-taking event.

Based on the foregoing, there is probable cause to believe that on April 4, 2024, Diana PEREZ and Valerie PEREZ committed hostage taking in violation of 18 U.S.C. § 1203.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning the investigation.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other law enforcement officers.

_____    _____
Gregory J. Fouratt, United States Magistrate Judge    Cynthia Macias, Special Agent HSI